```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE

RAYMOND A. GOLFIERI,              )
                                  )
          Plaintiff,              )
                                  )
     v.                           )     CIVIL NO: 06-14-B-W
                                  )
JO ANNE B. BARNHART,              )
Commissioner of Social Security   )
                                  )
          Defendant.              )
```

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 6, 2006 his Recommended Decision.  Plaintiff filed his objections to the Recommended Decision on December 26, 2006 and Defendant filed her response to those objections on December 29, 2006.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate's Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

   1.   It is therefore ORDERED that the Recommended
        Decision of the Magistrate Judge is hereby
        AFFIRMED.

2.   The Motion for Remand is <u>GRANTED</u>, the decision of the Commissioner is <u>VACATED</u>, and the case is <u>REMANDED</u>, with instructions to award the plaintiff benefits for the period from May 1, 2004 forward.

/s/John A. Woodcock, Jr.
UNITED STATES DISTRICT JUDGE

Dated this 29th day of December, 2006.