UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RAYMOND A. GOLFIERI,           )<br>                                                      )<br>        Plaintiff,                       )<br>                                                      )<br>        v.                                          )<br>                                                      )<br>MICHAEL J. ASTRUE,              )<br>Commissioner of Social Security,  )<br>                                                      )<br>        Defendant.                       ) | Civil No. 06-14-B-W |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 26, 2006, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the plaintiff is awarded a total of $3,180.00 for 19.875 hours of attorney time devoted to this case.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 16th day of April, 2006