UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RAYMOND A. GOLFIERI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Civil No. 06-14-B-W |

## AMENDED[1] ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 26, 2006, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the plaintiff is awarded a total of $3,180.00 for 19.875 hours of attorney time devoted to this case.

/s/ John A. Woodcock, Jr.<br>
JOHN A. WOODCOCK, JR.<br>
UNITED STATES DISTRICT JUDGE

Dated this 17th day of April, 2006

---

[1] This Amended Order corrects the date of the Order dated April 16, 2006 (Docket # 35). The correct date should have been April 16, 2007.