UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RAYMOND A. GOLFIERI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Civil No. 06-14-B-W |

## SECOND AMENDED[1] ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 26, 2007, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the plaintiff is awarded a total of $3,180.00 for 19.875 hours of attorney time devoted to this case.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 18th day of April, 2007

---

[1] This Second Amended Order corrects the date contained in the Order on Report and Recommended Decision (Docket # 35) regarding the date of the Magistrate's Recommended Decision from March 26, 2006 to March 26, 2007 and the actual date of the Order from April 16, 2006 to April 16, 2007.